UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELLA MAE BARKLEY,

          Plaintiff,

-vs-                                      Case No. 6:07-cv-1760-Orl-28KRS

MR. TYSON, MR. FAMELLI, WALTER
MCNEILL, JR.,

          Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis (Doc. No. 2) filed November 5, 2007. The United States Magistrate Judge has submitted a report recommending that the Complaint in this matter be dismissed without prejudice and that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed December 6, 2007 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Complaint (Doc. No. 1) is **DISMISSED without prejudice.** Plaintiff may file an amended complaint within eleven (11) days from the date of this Order that sets forth a cause of action and states the basis of this Court's jurisdiction as more fully set forth in the

Report and Recommendation. Failure to file an amended complaint within the time allotted will result in this file being closed.

3. Plaintiff's Motion to Proceed in Forma Pauperis (Doc. No. 2) is **DENIED without prejudice.** If Plaintiff files an amended complaint, she may file a renewed motion to proceed in forma pauperis.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __31__ day of December, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party