UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELLA MAE BARKLEY,

        Plaintiff,

-vs-                                                             Case No. 6:07-cv-1760-Orl-28KRS

MR. TYSON, MR. FAMELLI, WALTER
MCNEILL, JR.,

        Defendants.
_____

# ORDER

This case is before the Court on Plaintiff's Second Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 8) filed January 8, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed March 4, 2008 (Doc. No. 9) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Amended Complaint (Doc. 7) is **dismissed** with prejudice for lack of jurisdiction.

    3.    Plaintiff's Second Motion for Leave to Proceed without Prepayment of Fees is **DENIED as moot.**

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24__ day of March, 2008.

```
                                    JOHN ANTOON II
                                    United States District Judge
```

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party